IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Southern District of Mississippi
GULFPORT DIVISION

IN RE: CLAYTON MATTHEW SCARBROUGH

CASE NO. 6-24-BK-51022

CLAIM: 5

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, CRESCENT BANK & TRUST hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

**CRESCENT BANK & TRUST**
**P.O. BOX 2829**
**ADDISON TX 75001**

To the new address below:

**CRESCENT BANK & TRUST**
**PO BOX 1149**
**GRAPEVINE TX 76099**

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/Michael Stidham                                                    Date: 4/22/2026
Michael Stidham
Telephone: (866) 831-5954

## Addendum C

### LIMITED POWER OF ATTORNEY

KNOW ALL PEOPLE BY THESE PRESENTS:

The undersigned ("Principal"), hereby constitutes and appoints Peritus Portfolio Services II LLC ("Agent") as its limited true and lawful agent and attorney in fact to act in its name and stead or on its behalf with authority to do only the following acts with respect to retail installment contracts and revolving credit accounts.

After the date hereof:

1.  Agent can receive, endorse and collect all payments made payable to or owed to Principal in connection with the Property, including, but not limited to, any payments received from a Chapter 7, Chapter 11, Chapter 12, and Chapter 13 bankruptcy trustee.

2.  Agent can take any and all actions necessary to perform such Bankruptcy Claim services for Client including preparation and filing of claims, in Bankruptcy cases pursuant to a contract for services between Client and Peritus Portfolio Services II LLC.

3.  Agent can pursue litigation in connection with the services of bankrupt accounts to a contract for services between Client and Peritus Portfolio Services II LLC.

This power of attorney is made on _Jan 2. 2024_.

Client: _Crescent Bank._

By: _Nloria Shittu, VP Loss Mitigation_
      Position

STATE of _Texas_ ) ss.

COUNTY OF _Dallas_ )

I, _Jevoy Bennett_, a Notary Public in and for said County, in said State, do hereby certify that the person personally known to me to be the same person whose name is subscribed to the foregoing instrument has appeared before me this day in person and acknowledged that he/she signed and delivered such instrument as his/her free and voluntary act for the uses and purposes therein set forth.

Given under my hand and official seal this _2nd_ day of _Jan_, 2024.

Notary Public State of _Texas_

Commission Expires: _12 - 29 - 25_



JEVOY BENNETT
Notary Public, State of Texas
Comm. Expires 12-29-2025
Notary ID 133507329